UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DION MARTELL KING,

        Plaintiff,                              No. C 07-4455 PJH (PR)

   v.                                        **ORDER OF TRANSFER**

AVENAL STATE PRISON,

        Defendant.

                                    /

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Avenal State Prison, which lies within the venue of the United States District Court for the Eastern District of California. The only named defendant, the prison itself, of course is to be found there. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated:. August 31, 2007.

                                                    PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\CR.07\king455.trn.wpd

*United States District Court — For the Northern District of California*