UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DION MARTELL KING,

        Plaintiff,

  v.

AVENAL STATE PRISON,

        Defendant.

Case Number: CV07-04455 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dion Martell King F-73903
California Corrections Institution
Level 4A GYM 56 UP
P.O. Box 1902
Tehachapi, CA 93581

Dated: August 31, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk